FILED
JAN 14 2020
CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 27 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for
## DISTRICT OF ARIZONA

**Superseding Petition to Revoke Supervised Release**

| | | |
|---|---|---|
| Name of Offender: | **Leobardo Rosales-Sanchez** | Case No.: **CR-17-01393-001-PHX-SMM** |
| | | 3:20CR10004 BAS |
| Name of Judicial Officer: | **The Honorable Stephen M. McNamee** | |
| | **Senior United States District Judge** | SEALED |
| Date of Original Sentence: | **1/24/2018** | UNSEALED PER ORDER OF COURT |
| | | 1/22/20 dly |
| Original Offense: | **Re-entry of Removed Alien, 8 U.S.C. § 1326(a) and (b)(1), a Class C Felony** | |
| Original Sentence: | **6 months imprisonment, followed by 36 months supervised release** | |
| Date Supervision Commenced: | **3/10/2018** | |
| Date Supervision Expires: | **3/9/2021** | |

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Allegation 1, Violation of Standard Condition 1: You shall not commit another federal, state, or local crime during the term of supervision.**

On or about March 24, 2018, Rosales-Sanchez committed the crime of Re-entry After Deportation in violation of 8 U.S.C. § 1326. The crime is punishable by a term of imprisonment exceeding one year and therefore constitutes a **Grade B violation. U.S.S.G. §7B1.1(a)(2).**

Evidence supporting the alleged violation consists of United States District Court, Southern District of California, Docket 18-CR-01819-JLB, confirming the defendant's deportation March 11, 2018, through San Luis, Arizona; and verifying he was found at or near Otay Mesa by immigration officials without authorization on or about March 24, 2018 in the Southern District of California. Sentenced April 9, 2018: 105 days imprisonment, in violation of 8 U.S.C. § 1325.

**Allegation 2, Violation of Standard Condition 1: You shall not commit another federal, state, or local crime during the term of supervision.**

On or about October 18, 2019, Rosales-Sanchez committed the crime of Removed Alien Found in the United States, in violation of 8 U.S.C. § 1326. The crime is punishable by a term of imprisonment exceeding one year and therefore constitutes a **Grade B violation. U.S.S.G. §7B1.1(a)(2)**

Page 2
U.S. v Leobardo Rosales-Sanchez
Docket No. CR-17-01393-001-PHX-SMM
December 19, 2019

Evidence supporting the alleged violation consists of a Criminal Complaint filed October 18, 2019, in United States District Court, Southern District of California, Docket 19-CR-04604-BAS, confirming the defendant's deportation on July 9, 2018, through San Ysidro, California; and verifying he was arrested October 18, 2019 by immigration officials.

**Allegation 3, Violation of Special Condition 1: If deported, you shall not re-enter the United States without legal authorization. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B)**

a) Rosales-Sanchez entered, attempted to enter, or was found in the United States without authorization on or about March 24, 2018, when he was found by immigration officials in the Southern District of California. Evidence supporting the alleged violation consists of records confirming the defendant's deportation on March 11, 2018 and his unauthorized re-entry into the United States on or about March 24, 2018.

b) Rosales-Sanchez entered, attempted to enter, or was found in the United States without authorization on or about October 18, 2019, when he was found by immigration officials in the Southern District of California. Evidence supporting the alleged violation consists of a Criminal Complaint confirming the defendant's deportation on March July 9, 2019 and his unauthorized re-entry into the United States on or about October 18, 2019.

Page 3
U.S. v Leobardo Rosales-Sanchez
Docket No. CR-17-01393-001-PHX-SMM
December 19, 2019

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED**

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that Leobardo Rosales-Sanchez has violated the conditions of supervision. It is respectfully recommended the superseding petition be adopted as part of the record and allow the bench warrant issued July 11, 2018 and the Transfer of Jurisdiction to the Southern District of California ordered November 27, 2019 remain in effect, and Leobardo Rosales-Sanchez remain detained.

Submitted by:

_Cecilia C. Villanueva_  
Cecilia C. Villanueva  
U.S. Probation Officer Assistant  
Office: (602) 322-7417

December 19, 2019  
Date

Reviewed by:

_signature_  
Heather A. Hauptly  
Supervisory U.S. Probation Officer  
Office: (602) 322-7410  
Cell: (602) 361-0788

December 19, 2019  
Date

ORDER OF COURT

The Court also finds probable cause to believe the offender has violated the conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the petition supersede the petition dated July 9, 2018 and orders the warrant issued July 11, 2018, and the Transfer of Jurisdiction to the Southern District of California ordered November 27, 2019, for Leobardo Rosales-Sanchez remain in effect. Considered and ordered this 27 day of December, 2019 and ordered filed and made a part of the records in the above case.

_Stephen M. McNamee_  
The Honorable Stephen M. McNamee  
Senior United States District Judge

Defense Counsel:  
Nora E Nunez  
2285 S 4th Ave., Ste. 2E  
Yuma, AZ 85364  
928-314-1780

cc: Prob/USMS